1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   QUINNO DEYZA ASSOON,              Case No. CV 19-4915 MCS (PVC)

12            Petitioner,

13       v.                           **ORDER ACCEPTING FINDINGS,
                                      CONCLUSIONS AND
                                      RECOMMENDATIONS OF UNITED
14   TAMI HOLT, Warden,               STATES MAGISTRATE JUDGE**

15            Respondent.

16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records

18   and files herein, and the Magistrate Judge's Report and Recommendation.  The time for

19   filing Objections to the Report and Recommendation has passed and no Objections have

20   been received.  Accordingly, the Court accepts and adopts the findings, conclusions and

21   recommendations of the Magistrate Judge.

22

23       IT IS ORDERED that the Petition is denied and Judgment shall be entered

24   dismissing this action with prejudice.

25   \\

26   \\

27   \\

28   \\

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

2   Judgment herein on Petitioner at his current address of record and on counsel for

3   Respondent.

4

5       LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7   DATED:  October 5, 2020

8

9

10  MARK C. SCARSI
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28